Joseph R. Morris, appellant, v. James F. Doyle and G. M. Marks, appellees. Gen. No. 6,890.

Replevin to recover possession of a mule. Trial without a jury and judgment of not guilty, with finding of right of possession in defendants, with damages, and the award of a writ of *retorno habendo*. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed March 17, 1921. Rehearing denied May 3, 1921.

A. F. Beaubien, Winston, Strawn & Shaw and Edward W. Everett, for appellant. Cooke, Pope & Pope, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.

---

Alfred E. Anderson, appellee, v. Rockford Upholstering Company, appellant. Gen. No. 6,862.

Suit for damages for breach of contract of employment. Verdict for plaintiff and judgment on the verdict after remittitur. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 13, 1921. Rehearing denied June 21, 1921.

Reynolds & Reckhow, for appellant. Roy F. Hall and Frank H. Hall, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.